UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



RECEIVED
OCT 18 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Denise Weston )
_____, )
Plaintiff(s), )
)
vs. )  19CV6886
)  JUDGE SEEGER
Chicago Public Schools, )  MAG. JUDGE WEISMAN
Daniel Lucas _____, )
)
Defendant(s). )

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Denise Weston.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4. Defendant, **Chicago Public Schools**, is
   (name, badge number if known)

   ☒ an officer or official employed by **Employ. Chicago Public Schools**
   (department or agency of government)
   _____ or

   ☐ an individual not employed by a governmental entity.

   *If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is **Cook County**. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about **8/27/2019**, at approximately **9** ☒ a.m. ☐ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of **Chicago**
   _____, in the County of **Cook**,
   State of Illinois, at **8600 ~~W. Foster Ave~~ 40 W. Monroe Ave**,
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☐ searched plaintiff or his property without a warrant and without reasonable cause;
   ☐ used excessive force upon plaintiff;
   ☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☒ failed to provide plaintiff with needed medical care;
   ☒ conspired together to violate one or more of plaintiff's civil rights;
   ☐ Other: _____

   _____

   _____

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: *(Leave blank if no custom or policy is alleged)*: Violation of Court Order TO DO NOT Allowed Other INTO The School. ~~Steal~~ Sell, Steal IDEA Fund, ~~Legal IEP~~

8. Plaintiff was charged with one or more crimes, specifically:
    - Charged with illegal IEP, and placed into Intervention.
    - Illegal disability claim

9. *(Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other")* The criminal proceedings

    ☐ are still pending.

    ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

    ☒ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows only with school and court, no police involvement.

    ☐ Other: _____

---

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

I am being Discriminated, Charger Human Rights. Running AND Called N name where I Live. I had to use VA & SSA Benifits To Support AND Education Program. Discriminated Fair Education Rights For My Son. Also Repeatly Beaten By Father Whom Chicago Public School Allowed him To Pay For Harm, Defamation Of Charters. Called Harm AND Shamed The Family in Our NeighborHood For Years As This Date.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Medical Expense Bill, Student Was Unable To Attended Safer, Better Education & False Information On Student Total Identity

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

WHEREFORE, plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. [X] *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Denise West*

Plaintiff's name *(print clearly or type)*: Denise Weston

Plaintiff's mailing address: 8558 W. Catalpa Ave #3N

City: Chgo   State: IL   ZIP: 60656

Plaintiff's telephone number: (312) 200-3547

Plaintiff's email address *(if you prefer to be contacted by email)*: h2dwarren@gmail.com

15. Plaintiff has previously filed a case in this district.  ☐ Yes  ☒ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

4. Defendant, __Daniel Lucas__, is
   (name, badge number if known)

   ☐ an officer or official employed by __Chicago Public Schools__;
   (department or agency of government)
   _____or

   ☐ an individual not employed by a governmental entity.

   *If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is __Cook County__. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about __8/27/2019__, at approximately __9__ ☑ a.m. ☐ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of __Chicago__
   _____, in the County of __Cook__,
   State of Illinois, at __8600 W. Foster Ave__,
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☐ searched plaintiff or his property without a warrant and without reasonable cause;
   ☐ used excessive force upon plaintiff;
   ☑ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☑ failed to provide plaintiff with needed medical care;
   ☑ conspired together to violate one or more of plaintiff's civil rights;
   ☑ Other: __Danger, Discriminated Human Been Lives__

2

_____.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): Violation of Court orders, Allowed Crime in Chicago Public School. Stealing and Used Student as Legal Disability Person in Illinois Broad of Education Data Base. Defamation of Characters on Chicago Public School Documents I.E.P.Sd.

8. Plaintiff was charged with one or more crimes, specifically: Legal Medical Attending! Beaten Inside Public Schools, Low Grade and Learning Classrooms. Place in DCFS schools for wrong reason! No police involved and Report. Allowed 3 Strike sit in Classroom with Sex on Lap top. Illegal Sign False Document

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☒ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows Only with School and a Paid off Court Case. No Police involvement

☐ Other: _____.

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Daniel Lucas had used Chicago Public School to Discriminated, Danger, Defamation of Charter and Broken Court Orders for Protection to School & Student. Called DCFS for wrong report in Student Household. No Abuse Shown in Chicago Public School Never why called DCFS to Help steal Fund from CPS Programs and Taxes Payers! Allowed 3 strike Felony for years to Child Abuse His Son and Mother, and Family. Father said Daniel Lucas Hate Denise Weston and wanted us Harm! Allowed outside to Place Student in Harmed!

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Education Expense, Medical Bills, Paid Suffering Defamation of Charters, Harm our Right in Neighborhood Running for lives. Selling Chicago Public School, Now Due Processed

13. Plaintiff asks that the case be tried by a jury. ☑ Yes  ☐ No

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

WHEREFORE, plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _Denise West_

Plaintiff's name *(print clearly or type)*: Denise Weston

Plaintiff's mailing address: 8558 W. Catalpa Ave #3N

City Chgo  State IL  ZIP 60656

Plaintiff's telephone number: (312) 200-3547

Plaintiff's email address *(if you prefer to be contacted by email)*: h2dwarren@gmail

h2dwarren@gmail.com

15. Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5